```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 05066
   ARLESTER MILTON
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-0767


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 04/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE   UNSECURED            349.70          .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED         NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED         NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED         NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED           1008.25          .00            .00
AUTO ACCEPTANCE            UNSECURED         NOT FILED          .00            .00
AES/PHEAA                  UNSECURED          26314.90          .00            .00
OVERLAND BOND & INVESTME   UNSECURED         NOT FILED          .00            .00
AT&T                       UNSECURED         NOT FILED          .00            .00
CENTRAL FINANCIAL CONTRO   UNSECURED            880.60          .00            .00
FULTON CO SUPERIOR CT      UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED            151.00          .00            .00
NCP FINANCE LTD PARTNERS   UNSECURED         NOT FILED          .00            .00
RELIANT ENERGY             UNSECURED         NOT FILED          .00            .00
ST JAMES HOSPITAL          UNSECURED         NOT FILED          .00            .00
PENNSYLVANIA CULINARY      UNSECURED         NOT FILED          .00            .00
MEMORIAL HERMAN            UNSECURED         NOT FILED          .00            .00
BERWYN EMER PHYSICIANS     UNSECURED         NOT FILED          .00            .00
CHILD SUPPORT ENFORCEMEN   DSO ARREARS       NOT FILED          .00            .00
PRO SE DEBTOR              DEBTOR ATTY             .00                         .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05066 ARLESTER MILTON
```

```
DEBTOR REFUND                                                          .00
                                      ---------------    ---------------
TOTALS                                            .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 07/22/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE